# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4287-RSWL | Date | September 17, 2009 |
|---|---|---|---|
| Title | Tangiers Investors, L.P. v. Mega Media Group, Inc., et al. | | |

| Present: The Honorable | RONALD S.W. LEW, Senior United States District Court Judge |
|---|---|
| Joseph Remigio, Relief<br>Deputy Clerk | None<br>Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:**   IN CHAMBERS - ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION

It is the responsibility of plaintiff to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond. If necessary, plaintiff(s) must also pursue Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court, Local Rule 7-1.

The file in this case lacks the papers that would show it is being timely prosecuted, as reflected below. Accordingly, the Court, on its own motion, hereby orders plaintiff (s) to show cause in writing no later than **September 25, 2009**, why this action should not be dismissed as to all remaining defendants for lack of prosecution.

As an alternative to a written response by plaintiff(s), the Court will accept the following, if it is filed on or before the above date, as evidence that the matter is being prosecuted diligently.

- **PLAINTIFF'S FILING OF A MOTION FOR ENTRY OF <u>DEFAULT JUDGMENT</u> AS TO DEFENDANT ALEX SHVARTS; <u>AND</u>**

- **STATUS REPORT AS TO DEFENDANT MEGA MEDIA GROUP, INC.**

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due.

_____ : 00

Initials of Preparer   JRE