# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANGIERS INVESTORS, L.P., a Delaware Limited Partnership,<br><br>    Plaintiff,<br><br>    vs.<br><br>MEGA MEDIA GROUP, INC., a Nevada Corporation, et al.<br><br>    Defendant. | CASE NO.: CV 09-04287 RSWL (Ex)<br><br>[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO ORDER TO SHOW CAUSE  [17] |

Having considered Plaintiff's request for an extension of time to comply with this Court's Order to Show Cause Why This Case Should Not be Dismissed for Lack of Prosecution, and good cause having been shown therefor, it is hereby ordered that the Plaintiff have to and including October 5, 2009, to complete its response to the order to show cause.

DATED: September 24, 2009

/ s /
Honorable Ronald S.W. Lew
Senior U.S. District Court Judge